UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NUMBER 7:20-mj-02048 |
| | § | |
| REID ETHERIDGE | § | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT REID ETHERIDGE, Defendant in the above-entitled and numbered cause, and moves this Honorable Court to allow the substitution of Osvaldo J Morales, III, a practicing attorney licensed to practice in the United States District Court for the above-namd Defendant in this cause  In support of this motion, the Defendant would show unto the Court as follows:

I.

RUDY MORENO was previously retained to represent the Defendant before this Court.

II.

The Defendant now desires to have Osvaldo J. Morales, III represent him as retained counsel and to appear as counsel of record on Defendant's behalf.

WHEREFORE PREMISES CONSIDERED, Defendant prays this this Honorable Court permit the substitution of counsel as requested above in this cause and that Attorney Rudy Moreno be allowed to withdraw as attorney of record.

Respectfully submitted,

OSVALDO J. MORALES, III
106 S. 12TH AVENUE
Edinburg, Tx 78539
Tel: (956) 584-1081
Fax: (956) 584-1844

By:    s/Osvaldo J. Morales, III
Osvaldo J. Morales, III
State Bar No. 24002641
Federal ID: 22218
lawojm@gmail.com
Attorney for Reid Etheridge

AGREED:

_____
Rudy Moreno, Attorney

_____
Reid Etheridge, Defendant

## Certificate of Service

This is to certify that on October 13, 2020, a true and correct copy of this Motion to Substitute Counsel was served on all counsel of record, by electronic service through the Electronic Filing Manager.

s/Osvaldo J. Morales, III
Osvaldo J. Morales
Email: lawojm@gmail.com
Attorney for Reid Etheridge