IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CASE NUMBER 7:20-cr-01791-1 |
| | § | |
| REID ETHERIDGE | § | |

**DEFENDANT'S MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Osvaldo Morales, III, Counsel for the Defendant in the above-styled and numbered cause and moves for a Continuance on Sentencing Hearing set for October 19, 2021 at 9:30 A.M. In support thereof the undersigned Attorney would show the following:

**I.**

Defense Counsel needs more time to get ready for the Sentencing Hearing.

**II.**

Counsel would respectfully request a re-setting not for the purposes of delay, but in the interest of justice. This is an anticipated plea case.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel prays that the court grant his Motion for Continuance of Sentencing Hearing on the above-styled and numbered cause.

Respectfully submitted,

*/s/ Osvaldo J. Morales, III*
OSVALDO J. MORALES III
Fed Bar No. 22218
106 S 12th Ave, Ste 101
Edinburg, TX 78539
Phone: 956-584-1081
Fax: 956-584-1844
Email: lawojm@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 5, 2021, I have conferred with opposing counsel as to the Government's position on the relief requested and said Assistant United States Attorney Michael Mitchell is **OPPOSED**.

/s/ *Osvaldo J. Morales, III*
OSVALDO J. MORALES III


## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, a copy of the foregoing Motion for Continuance was forwarded via U.S. EFC's System to the Assistant United States Attorney in charge of this case located in McAllen, Texas.

/s/ *Osvaldo J. Morales, III*
OSVALDO J. MORALES III