Osvaldo Morales <lawojm@gmail.com>

## Re: Reference materials for Reid Etheridge

1 message

**Sharon** <seamoon@twc.com>  Fri, Nov 12, 2021 at 2:25 AM
To: Osvaldo Morales <lawojm@gmail.com>

Good Morning Yolanda;

As to my financial status I am a 75 year old widowed retiree living on Social Security. I own my home and drive a 2005 van.

I do not have the financial resources to pay for a clinical psychologist as they are not a flat fee but an open check book which I simply do not have.I spent about 75 hours trying to find an affordable option contacted over 75 people and just couldn't find one. Just one example, the one that the public defender uses is not traveling outside his county for personal reasons. i can give you my notes if you need them.

I sent you his TRS information, his current tax return and his defaulted credit cards, everything but his student loans which I do not have current information on. I hadn't seen most of these bills because they were sent to his former address and just opened them tonight.

I sent the information in several different forms please advise if they weren't received.

Respectfully,

Mrs. S. etheridge

On 11/11/2021 1:56 PM, Osvaldo Morales wrote:

> Good Afternoon,
>
> I am trying to contact you for financial statements that Mr. Morales had requested for Ried Etheridge. We received notice yesterday that this information is to be submitted to the court by tomorrow. If you have any questions please reach out to our office.
>
> Thank you,
>
> Yolanda Garza
>
> Law Office of Osvaldo J. Morales, III
> 106 S. 12th Avenue, Ste 101
> Edinburg, Texas 78539
> Tel: (956) 584-1081
> Fax: (956) 584-1844



TRS

# Annual Statement

Date Generated: 10/07/2020
Sequence Number: 291376
TRS Participant ID: 00781495

REID ETHERIDGE
137 W IRIS AVE
MCALLEN TX 78501-9450

Please review your salary and service credit information on this statement. If salaries are incorrect, contact your employer(s) immediately. To report service credit discrepancies, promptly notify TRS. **For help in reading this statement or estimating retirement benefits, visit www.trs.texas.gov and click on Annual Statement.**

**INFORMATION PRESENTED ON THIS STATEMENT ONLY REFLECTS TRS DATA. SALARIES, SERVICE CREDIT, AND OTHER DATA ARE SUBJECT TO AUDIT AND ADJUSTMENT PRIOR TO PAYMENT OF ANY BENEFITS.**

| | |
|---|---|
| Date of Birth: | 10/29/1979 |
| Tier: | 5 |
| Years of Service Credit: Service Credit based on school year (Sept 1 through Aug. 31), not calendar year. | 10 |

| | |
|---|---|
| Beginning Account Balance | $51,006.51 |
| Total Annual Deposits | $5,605.84 |
| Interest Credited in 2020 | $1,076.19 |
| Account Balance as of Aug 31, 2020 | $57,688.54 |

| | |
|---|---|
| Tax Status of Your Account Dollars | |
| Non-Taxable Dollars in Your Account | $0.00 |
| Taxable Dollars in Your Account | $57,688.54 |

| | | |
|---|---|---|
| Salary Reported for FY* | 2020 | $72,803 |

| | | |
|---|---|---|
| Highest Salaries | 2013 | $81,293 |
| | 2019 | $77,536 |
| | 2018 | $77,402 |
| | 2017 | $77,318 |
| | 2014 | $76,549 |
| Average Salary: | | $78,020 |

*You will only see a salary reported for the most recent school year if you received service credit for the year. To receive service credit, you must work in a TRS-eligible position or receive paid leave from a TRS-eligible position for at least 90 days during the school year.

## ESTIMATE OF STANDARD ANNUITY

TRS uses the following formula to calculate a normal-age retirement monthly standard annuity.

| | |
|---|---|
| Years of Service Credit X 2.3% = Total % | 10 X 2.3% = 23.00% |
| Total % X Average Salary = Annual Annuity | 23.000% X $78,020 = $17,944.60 |
| Annual Annuity ÷ 12 = Monthly Annuity | $17,944.60 ÷ 12 = $1,495.38 per month |

Based on your current years of service credit and without rendering any additional service, you are entitled to apply for Early-age service retirement benefits effective 10/31/2034. You may be eligible for an earlier retirement date; however, TRS does not project service credit on the member statement. Your eligibility for retirement assumes that you do not terminate your membership in TRS by requesting a refund of your account.

This statement is only intended to provide a general idea of what your standard retirement benefit could be. At retirement, in lieu of a standard annuity, you have five options for annuity payments. If you wish to obtain an estimate of what your retirement benefit could be if you choose an optional annuity other than a standard annuity at retirement, an online retirement estimate calculator is available through *MyTRS* on the TRS website.

June 11, 2021

000296 L2TPCM02 PRCVY058
REID ETHERIDGE
SKIP VENDOR
137 W IRIS AVE
MCALLEN, TX 78501-9450

**Subject: Payment options available for your account ending in 2766 - action requested**

Dear Reid Etheridge and Skip Vendor:

We are writing to explain that effective 06/01/2021 your entire account balance of $10,890.28 b immediately due and owing. Please call us as soon as possible. We want to work with you and di options to help you resolve this matter.

**What you need to know**
When an account is seriously past due, we have the right under our contract with you to accele balance of the account. This means you have to immediately pay the full amount owing, not ju payments.

Due to the serious delinquency on your account, we have exercised our right to accelerate th entire balance of of $10,890.28 is now due.

We've also reported to the consumer reporting agencies (also known as credit bureaus) this "unpaid balance reported as a loss (charge-off) by credit grantor"

Please call us at 1-800-241-0013, Monday through Thursday, 8:00 a.m. to 7:00 p.m., Frid 5:00 p.m. Central Time. Wells Fargo does accept relay service calls.

Thank you.

Wells Fargo Personal Lines and Loans

OCCILADTSH 1 000437

REID ETHERIDGE
137 W IRIS AVE
MCALLEN TX 78501-9450

If you would like information about credit counseling services, refer to www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call 1-866-484-6322

## Customer Service

Telephone
1-877-269-6056
Español: 1-877-269-0915

We accept Telecommunications Relay Service calls.

**Payments**
PO Box 94423
Albuquerque, NM 87199-9833

Correspondence*
PO Box 29704
Phoenix, AZ 85038-9704

Overnight Mail
200 Lomas Blvd NW
9th Floor
Albuquerque NM 87102-2262

* Please include your account number, name, signature, and details regarding your request. **Do not send payment(s) to this address.**

## ayment Information

| | |
|---|---|
| **ayment Due Date** | Immediately |
| incipal Balance | $10,246.96 |
| terest Due | $448.32 |
| | $0.00 |
| her Charges | $195.00 |
| paid Late Charges | |
| **tal Amount Due** | **$10,890.28** |

## Payment Transactions Year to Date

Total Payments Received
Principal
Interest
Fees

IMPORTANT DEFAULT NOTICE: Per the terms and co
of this account, Wells Fargo Bank, N.A. has accelera
balance on this account as of 05/29/21. This means
outstanding balance is due immediately.

The laws of some states require us to inform you
communication is an attempt to collect a debt
information obtained will be used for that purp

## ctivity Detail

| fective ite | Description | Transaction Amount | Principal Balance |
|---|---|---|---|
| | Prior Principal Balance | | $10,246.96 |
| /28/21 | **Ending Payoff** | | **$10,890.28** |

**tal of Payments Received Since the Last Statement:** **$0.00**



Attorneys at La
l Free: (866) 283-3199
ne: (806) 796-7375
simile: (806) 771-0062
711
P.O. Box 3790
Lubbock, Texas 79

August 13, 2

REID M ETHERIDGE
1611 HIGHLAND AVE
MCALLEN TX 78501-4252

Re: JPMorgan Chase Bank N.A.
REID M ETHERIDGE
Amount Claimed: $25,573.53
Account No.: XXXXXXXXXXXX6928
Our File No.: 360528

ccording to the above referenced creditor, you



REID M ETHERIDGE
1611 HIGHLAND AVE
MCALLEN, TX 78501-4252

RE: Chase, Capital One, Citibank, Bank of America and Wells Fargo*

Dear Reid M Etheridge,

This is our second attempt to contact you. Please contact our offices immediately at 1-800-698-7923 regarding the reduction of balances on your credit card accounts.

Our company has recently settled accounts with Chase, Capital One, Citibank, Bank of America and Wells Fargo. If you have accounts with these or other lenders, you may be entitled to a settlement of your outstanding credit balance.

In order to determine the feasibility of reductions to your outstanding balances, please call us at 1-800-698-7923 within 10 days to avoid potential delays in processing your request.

You may also inquire through your personalized website:
mycaoffer.com/ReidE78501

PROGRAM EXAMPLE*

Est. Credit Card Debt: $3

Est. Settlement Amount: $1

Proposed Program Payment:

*Based on historical negotiated settlements. Program fees not incl
Program payments based on 36 month program.

CONTACT US:
M-F 8am-10pm EST
Sat. 10am-5pm EST
In reply refer to: 7489B-185934
Phone Number: 1-800-698-7923

| | | |
|---|---|---|
| d Control number<br>795 | 1 Wages, tips, other compensation<br>57459.23 | 2 Federal inc... tax withh...<br>5057 |
| OMB No. 1545-0008<br>This information is being furnished to the Internal Revenue Service. | 3 Social security wages<br>62470.91 | 4 Social security tax withho...<br>3873 |
| | 5 Medicare wages and tips<br>62470.91 | 6 Medicare tax withheld<br>905. |

Employer's name, address, and ZIP code
SOUTH TEXAS COLLEGE
C/O PAYROLL PO BOX 9701
McALLEN TX 78502-9701

| | | |
|---|---|---|
| Social security tips | 8 Allocated tips | 9 |
| ) Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box<br>C \| 98. |
| 'b Code<br>)D \| 12144.50 | 12c Code | 12d Code |

Employer identification number (EIN)
74-2683499

a Employee's social security number
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

| Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|
| | X | | TRS 5011.( |

mployee's name, address, and ZIP code
Reid Etheridge
.37 W Iris Ave
IcAllen TX 78501-9450

**2020**
38-2099803

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| | | |

trol number
)

1 Wages, tips, other compensation
57459.23

2 Federal inc... ax w...
505

No
0008
formation is being
ed to the Internal
ue Service.

3 Social security wages
62470.91

4 Social security tax wit...
387

5 Medicare wages and tips
62470.91

6 Medicare tax withheld
90

oyer's name, address, and ZIP code
UTH TEXAS COLLEGE
O PAYROLL PO BOX 9701
ALLEN TX 78502-9701

...l security tips

8 Allocated tips

9

endent care benefits

11 Nonqualified plans

12a Code See inst. for...
C 9...

de
12144.50

12c Code

12d Code

oyer identification number (EIN)
74-2683499

a Employee's social security number
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

utory oyee

Retirement plan
X

Third-party sick pay

14 Other TRS 5011

oyee's name, address, and ZIP code
.d Etheridge
' W Iris Ave
.llen TX 78501-9450

| ...st name and middle initial | Last name | Your social security number |
|---|---|---|
| ... M | Etheridge | 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 |
| ...turn, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| ...dress (number and street). If you have a P.O. box, see instructions. | | | Apt. no. | **Presidential Election Campaign** |
|---|---|---|---|---|
| Highland Avenue | | | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |
| ... or post office. If you have a foreign address, also complete spaces below. | State TX | ZIP code 78501 | | |
| ...en | | | | |
| ...untry name | Foreign province/state/county | Foreign postal code | | ☐ You ☐ Spouse |

...during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

...ss **You:** ☐ Were born before January 2, 1956 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1956 ☐ Is blind

...s (see instructions):

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | 57,459. |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | 9 | 57,459. |
| ...0 | Adjustments to income: | | | | | |
| a | From Schedule 1, line 22 | 10a | | | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | | | 10c | 0. |
| | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | | | 11 | 57,459. |
| | **Standard deduction or itemized deductions** (from Schedule A) | | | | 12 | 12,400. |
| | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | | 13 | |
| | Add lines 12 and 13 | | | | 14 | 12,400. |
| | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | 45,059. |

a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Reid M | Etheridge | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | | | Apt. no. | **Presidential Election Campaign** |
|---|---|---|---|---|
| 1611 Highland Avenue | | | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | | |
| Mcallen | TX | 78501 | | |
| Foreign country name | Foreign province/state/county | Foreign postal code | | ☐ You ☐ Spouse |

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** — **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — **You:** ☐ Were born before January 2, 1956 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ▶ ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | (4) Credit for other dependents |
|---|---|---|---|---|---|
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

Attach Sch. B if required.

Standard Deduction for - • Single or married filing separately, $12,400 • Married filing jointly or Qualifying widow(er), $24,800 • Head of household, $18,650 • If you checked any box under Standard Deduction, see instructions.

| Line | Description | | | | Line | Amount |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | 57,459. |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | 9 | 57,459. |
| 10 | Adjustments to income: | | | | | |
| a | From Schedule 1, line 22 | 10a | | | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | | | 10c | 0. |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | | | 11 | 57,459. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | | | 12 | 12,400. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | | 13 | |
| 14 | Add lines 12 and 13 | | | | 14 | 12,400. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | 15 | 45,059. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** UYA Form **1040** (2020)

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| | ... other dependents | | | 19 | 5,707. |
| 20 | Amount from Schedule 3, line 7 | | | 20 | |
| 21 | Add lines 19 and 20 | | | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | 5,707. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | | 24 | 5,707. |
| 25 | Federal income tax withheld from | | | | |
| a | Form(s) W-2 | 25a | 6,057. | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | 6,057. |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | | | 26 | |
| 27 | Earned income credit (EIC) NO | 27 | | | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Recovery rebate credit. See instructions | 30 | | | |
| 31 | Amount from Schedule 3, line 13 | 31 | | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | | | 32 | 0. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | | 33 | 6,057. |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

## Refund

Direct deposit? See instructions.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | 350. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 35a | 350. |
| ▶ b | Routing number XXXXXX ▶ c Type: ☐ Checking ☐ Savings | | | | |
| ▶ d | Account number XXXXXX | | | | |
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | | | |

## Amount You Owe

For details on how to pay, see instructions.

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | | | 37 | 0. |
| | **Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | | | |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions ☐ **Yes.** Complete below. ☐ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation: Teacher | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. (956) 682-6666 | Email address

## Paid Preparer Use Only

Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed

Firm's name ▶ | Phone no.

Firm's address ▶ | Firm's EIN ▶

Go to *www.irs.gov/Form1040* for instructions and the latest information.

UYA



Osvaldo Morales <lawojm@gmail.com>

# Fwd:

1 message

**Sharon** <seamoon@twc.com> Thu, Nov 11, 2021 at 2:19 PM
To: Osvaldo Morales <lawojm@gmail.com>

I will try to get you more by this evening.

-------- Forwarded Message --------
**Date:** Thu, 11 Nov 2021 20:17:15 GMT
**From:** +19562490294@tmomail.net
**To:** seamoon@twc.com

I forgot to say that all stimulus check s but one were given to Rachel, as well as the child tax credit s. He may have 300$ in the bank I am keeping it open because that's where the account for federal deposits are going. Rachel has had a problem getting that changed. Reid has a very positive TB test chest x-ray significant finding. ( They took two). WRT all the financials. Apparently all of the billing was related to the Gmail account that was suspended/ locked up when he was. I can call but they will not give me anything over the phone nor can I get verified on line because his phone is not a working number on the accounts. I garage sale all his stuff this summer and gave the proceeds to Rachel. He has a retirement account with TRS approximately 50k after taxes. Again approximately 50 k in credit card, student loans, personal debt consolidation loans. He made 57k last year before his arrest. Nothing since. Yes he is indigent. I hope this is sufficient. Let me know.