**Mark S. Silver**
**MA,MSW,LCSW, PsyD, JD**
**Licensed Clinical Social Worker**
**Criminal, Family, & Immigration**
**Forensics, Mitigation, and Legal Consultation**
**Website: MarkSSilver.com**
**225 Broadway, Suite 715**
**New York, NY 10007**
**(T) 917-608-1346**
**(F) 646-349-2561**

Fees and services

$300.00 hourly rate: 45 hours of work including but not limited to forensic psychological interview, examination of Defendant, preparing forensic report, and testifying in court.

$6,000 Total of expenses including to but not limited to:

2 flights to Mcallen,Tx
Rental car fee

Total cost $20,000

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

## PROFESSIONAL CREDENTIALS

### EDUCATION

The Center for Mediation & Training, June 2008.
> Basic Training in Divorce Mediation. Completed in accordance with the requirements of the Association for Conflict Resolution.

City University of New York School of Law, Juris Doctor, 2002.
> State Bars: New York & New Jersey; Federal Bars: SDNY & EDNY
> Torts Teaching Assistant for Professor Penelope Andrews.
> Activities: Treasurer, JLSA.

Columbia University, School of Social Work, 1998.
> Certificate. Seminar in Field Instruction.

Southern California University for Professional Studies, Doctor of Psychology, 1997.
> Honors: *Magna Cum Laude*.

Smith College School for Social Work, 1994.
> Certificate Program in Family Therapy.

University of Toronto, Master of Social Work, 1993.
> Thesis: The Efficacy of Individual Versus Couple Sessions for Borderline Clients.
> Licensed Certified Social Worker: New York State License Number 069495-1.

University of Western Ontario, Master of Arts, Political Science, 1991.
> Teaching Assistant: Political Theory.
> Honors: Summer Bursary for Academic Excellence.
> Thesis: Montesquieu's Troglodyte Tale: An Interpretation.

University of Toronto, Bachelor of Arts, History & Political Science Specialist, 1989.
> Honors: All Souls Award for Best History Essay for Undergraduate Students.
> Honors: All Souls Award Finalist for Best History Essay.
> Honors: Ontario Scholar.
> Honors: Max Rosen Award for Outstanding Community Service.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

## UNIVERSITY AFFILIATION

Columbia University. New York, NY. 1997-1999.
    Lecturer. Field Instructor in the Faculty of Social Work.

## HEALTHCARE EMPLOYMENT

Mitigation & Forensic Specialist / Consultant.
    Manhattan, NY. 1997 present.
    Forensic Evaluations & Reports for Immigration, Criminal, & Family Cases:
    Extreme hardship, deportation, asylum, waiver cases, criminal issues & criminal
    sentencing, spousal abuse, child custody, family evaluations. Individual & Family
    Psychotherapy.

Solomon Schechter High School of New York. Manhattan, NY. 2000-2002.
    Health Class: Mental health, drug use, family issues, sexuality. Grades 9/10/12.

Jewish Board of Family and Children's Services. Brooklyn, NY. 1997-1999.
    Quality Assurance Coordinator. Incident review. Utilization review. Policy &
    procedure manual. Direct care worker education. JCAHO & State Audits.

North General Hospital. East Harlem, NY. 1993-1997.
    Psychiatric social work. Medical & ICU discharge planning.

New Hope Guild Clinic, Tikvah. Brooklyn, NY. 1993-1995.
    Outpatient individual and family psychotherapy. Seminar presentations.

## CLINICAL INTERNSHIPS

North York General Hospital. Toronto, Ontario. 1992-1993.
    Day Hospital Outpatient Psychiatry & Mental Health Clinic. Internship I.

Humber Memorial Hospital. Weston, Ontario. 1991-1992.
    Day Hospital Outpatient Psychiatry & Mental Health Clinic. Internship II.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

LEGAL EXPERIENCE

Godosky & Gentile, P.C. September-December, 2001.
      3L Internship. Drafted medical malpractice appeal brief to First Judicial
      Department, Appellate Division.

Health & Hospitals Corporation, The City of New York Law Depart. Summer, 2001.
      Summers Honors Program. Medical Malpractice & Tort litigation. Attended
      depositions & prepared content. Attended preliminary and pretrial conferences,
      settlement meetings, & motion arguments in court. Wrote summary judgments.

United States Attorney's Office, Eastern District of New York. June-August, 2000.
      Argued several arraignment & bail hearings for permanent order of detention for
      narcotic importation. Participated in proffer sessions with narcotic agents.
      Assisted in preparing search warrant for international larceny. Researched briefs
      on: Rule 36 of FRCP, Habeas Corpus & AEDPA, United States Sentencing
      Guidelines, search & seizure & plain view doctrine. Observed several criminal
      trials from voire dire to verdict.

BOOKS: FICTION

Novel - The Mystery of the Dead Dean: Res Ipsa Loquitor. Lulu Press. 2018.

Novel - The Arranged Marriage: My Kalpa. Lulu Press. 2018.

Short Fiction - Extreme Journey: An Asian Journey. Kindle Edition. 2010.

BOOKS: FORENSICS

Psychosocial Evaluations and Consultation in Civil Litigation: Strategies to Understand
      and Humanize the Client. 2021.

Handbook of Mitigation in Criminal and Immigration Forensics: Humanizing the Client
      Towards a Better Legal Outcome. Seventh Edition. 2021.

Criminal Mitigation Case Studies for Criminal Defense Lawyers: Strategies for Pre-plea
      and Pre-sentencing. 2018.

Forensic Social Work Case Studies: Personal Injury, Family, Immigration, and Criminal
      Mitigation. 2019.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

---

ILW.COM E- PUBLICATIONS (these publications are also book chapters)

E-Paper, Mark S. Silver – Criminal Mitigation in Immigration Cases.
http://discuss.ilw.com/content.php?9134-Article-Criminal-Mitigation-In-Immigration-Cases-By-Mark-Silver. Published on 01-08-2018 12:07 PM

E-Paper, Mark S. Silver – Competency Evaluations In Immigration Proceedings: Matter Of M-a-m Cases. http://discuss.ilw.com/content.php?8807-Article-Competency-Evaluations-In-Immigration-Proceedings-Matter-Of-M-a-m-Cases-By-Mark-Silver. Published on 10-11-2017, 11:50 AM.

E-Paper, Mark S. Silver – Extreme Hardship Factors Immigration Cases.
http://discuss.ilw.com/showthread.php?43434-Article-Extreme-Hardship-Factors-Immigration-Cases-By-Mark-Silver&highlight=extreme+hardship. Published on 09-19-2017, 01:54 PM.

E-Paper, Mark S. Silver – Spousal Abuse Cases. http://discuss.ilw.com/content.php?8303 Article-Spousal-Abuse-Cases-By-Dr-Mark-S-Silver. Published on 06-27-2017, 09:25 AM.

E-Paper, Mark S. Silver - Sexual Orientation Asylum Petitions.
http://discuss.ilw.com/showthread.php?42662-Article-Sexual-Orientation-Asylum-Petitions-By-Dr-Mark-S-Silver&highlight=mark+silver+asylum. Published on 03-30-2017, 01:34 PM.

E-Paper, Mark S. Silver - The Challenge of Demonstrating Harm in Asylum Petitions.
http://discuss.ilw.com/showthread.php?42548-Article-The-Challenge-Of-Demonstrating-Harm-In-Asylum-Petitions-By-Dr-Mark-S-Silver&highlight=demonstrating. Published on 02-28-2017, 12:23 PM.

E-Paper, Mark S. Silver - Female Genital Mutilation: The One-Year Filing Deadline.
http://discuss.ilw.com/showthread.php?42384-Article-Female-Genital-Mutilation-The-One-Year-Filing-Deadline-By-Dr-Mark-S-Silver&highlight=silver. Published on 01-31-2017, 01:05 PM.

E-Paper, Mark S. Silver - Expert Testimony In Immigration Hearings Live And Telephonic Testimony. http://discuss.ilw.com/content.php?7553-Article-Expert-Testimony-In-Immigration-Hearings-Live-And-Telephonic-Testimony. Published on 01-11-2017 11:31 AM.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

E-Paper, Mark S. Silver - Adam Walsh Act Cases: Family-Based
    Immigrant Petitions. http://discuss.ilw.com/content.php?7297-Article-Adam
    Walsh Act cases Family Based Immigrant Petitions. Published
    on 11-04-2016 03:16 PM.

E-Paper, Mark S. Silver - U and T Non-immigrant Visa Petitions: Psychosocial
    Evaluations. http://discuss.ilw.com/content.php?7075-Article-U-and-T-Non-
    immigrant. Visa Petitions Psychosocial Evaluations. Published on 09-16-2016
    02:03 PM.


## LAW JOURNALS / MAGAZINES

Paper, Mark S. Silver – Mitigation as Counter Strategy: The PSR in Child Porn Cases.
    31(2) *Atticus*, 16-17 and 32-40 (2019).

Paper, Mark S. Silver - Mitigation Fundamentals: Start Early, Start Often. 21 (2) *Atticus*,
    3-10, (2009).

Paper, Mark S. Silver- Starting Mitigation Immediately: Using Facts to Broadly Consider
    Alternate Theories of the Alleged Crime. 20 (1) *Atticus*, 10-12, (2007).

Paper, Mark S. Silver- Avoiding Legal Malpractice Claims: Knowing How to
    Interact with & Appease the Demanding or Dissatisfied Client. *Champion
    Magazine*, Jan-Feb. (2007). See three citations below.

Paper, Mark S. Silver & Orah R. Burack - The Benefits of Forensic Social Work in
    Immigration Law Practice. 3 (3/4), *Journal of Immigrant and Refugee Studies*,
    29-42, (2006).

Paper, Mark S. Silver- The Evaluation & Legal Standards in Forensic Social Work
    Immigration Practice: Spousal Abuse, Asylum, Criminal & Other 'Hardship'
    Immigration Cases. 3 (3/4), *Journal of Immigrant and Refugee Studies*, 43-55,
    (2006).

Paper, Mark S. Silver- Avoiding Legal Malpractice Claims: Knowing How to Interact
    with & Appease the Demanding or Dissatisfied Client. 19 (1) *Atticus*, 17-19,
    (2006).

Paper, Mark S. Silver- Rethinking Mitigation: Legal Basis and Forensics. 18 (4)
    *Atticus*, 21-22, (2005).

Mark S. Silver MA, MSW, LCSW, PsyD, JD
225 Broadway, Suite 715, NY, NY 10007
Email: Marksilver1@cs.com
Website: MarkSSilver.com

LCSW License: 069495-1
Mitigation & Forensics
(T) 917-608-1346
(F) 646-349-2561

Letter, Mark S. Silver- Re: Wiggins v. Smith & Mitigation.  33 (2)  *Journal of the American Academy of Psychiatry & the Law*, 279 (2005).

Paper, Mark S. Silver- Evidentiary Stipulations: Tread Lightly. 24 (3) *Immigration Law Today*, 48-50 (2005).

Book Chapter, Mark S. Silver- Major Criteria in Mitigation Forensic Social Work: Wiggins v. Smith & Matter of Marin in Detail."  In Immigration's New Age: Discovery, Adaptation, and Survival. Ed. Steven Klapisch. (AILA, 2004). See five citations below.

Paper, Mark S. Silver- Making the Best Use of the Forensic Social Work Expert: Live Versus Telephonic Testimony for Court Hearings. 23 (6) *Immigration Law Today*, 51-53 (2004).

Paper, Mark S. Silver- Forensic Social Work Reports Can Play Crucial Role in Mitigating Criminal and Immigration Cases. 76 *Journal, New York State Bar Association*, 32-39 (2004).

Paper, Mark S. Silver- Applying Forensic Social Work and Health Care to the Fine Art of Litigation. 23 (2) *Immigration Law Today*, 46-49 (2004).

Paper, Mark S. Silver- *Wiggins v. Smith*: The Requirement of a Forensic Social Work Evaluation in Criminal Law Practice. 17 (1) *Mouthpiece: Newsletter of the New York State Association of Criminal Defense Lawyers*, 23-25 (2004).

Paper, Mark S. Silver- Major Criteria in Mitigation Forensic Social Work: *Wiggins v. Smith & Matter of Marin*. 17 (3) *Mouthpiece: Newsletter of the New York State Association of Criminal Defense Lawyers*. 10-13 (2004).

Paper, Mark S. Silver- Rethinking Harm and Pornography: Conflicting Community and Personal Views. 23 *Women's Rights Law Reporter*, 171-198 (2002). Finalist for the Corst Psychoanalytic Prize in 2001.


PUBLICATIONS & RESEARCH

Paper, Mark S. Silver & Orah R. Burack - Transfer of Facility Clients to Inpatient Psychiatry: Eight Criteria to Consider. 24 (5). *Journal for Healthcare Quality*. 11 (2002).

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Paper, Mark S. Silver- Inpatient Psychiatry Incident Review Management: Part I. Special Issues. 24 (2). *Journal for Healthcare Quality*. 4. (2002).

Paper, Mark S. Silver & Orah R. Burack - Challenges to Effective Incident Review Management: A Systemic Approach to Performance Improvements. 22 (5). *Journal for Healthcare Quality*. 6. (2000).

Paper, Mark S. Silver- Incident Review Management: A Systemic Approach to Performance Improvements. 21 (6). *Journal for Healthcare Quality*. 21. (1999).

Research, Mark S. Silver- Life Expectancy of Persons with Mental Retardation and Developmental Disabilities: A Literature Review. Research Project for Mishkon. (1998).

## BOOK REVIEWS

Behind the Uprising: Israelis, Jordanians, Palestinians. (Contributions in Sociology). By Yossi Melman and Dan Raviv. Published 1989. *The Covenant*. (1990).

Hope in Darkness: The Aba Gefen Diaries. By Aba Gefen. Published March 1, 1990. *The Covenant.* (1990).

## RADIO

Fusterlaw Radio Show. New York. Several appearances in 2012 and 2013 discussing forensic evaluations and consulting for immigration matters.

## WESTCHESTER COMMUNITY COLLEGE, SCHOOL OF BUSINESS AND PROFESSIONAL CAREERS, STATE UNIVERSITY OF NEW YORK

Guest Lecturer May 29, 2019. Introduction to Forensics as Understood through Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

ACCESS MCLE - CLES

Criminal Mitigation: Pre-Plea and Pre-Sentence Strategies. Recorded February 14, 2018.

Borderline Personality Disorder: Presentence Criminal Mitigation Strategies. Recorded February 15, 2018.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. Recorded June 13, 2017.

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. Recorded June 20, 2017.


LEXVID – CLEs

Adam Walsh Act Cases: Family-Based Immigrant Petitions. Recorded November 13, 2018 at 225 Broadway Suite 715, New York, NY 10007.

Presentence Investigation Critique: Mitigation as Counter Strategy in a Child Pornography Case. Recorded November 13, 2018 at 225 Broadway Suite 715, New York, NY 10007.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. March 9, 2017. 225 Broadway, Suite 715, New York, NY 10007.

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. March 9, 2017. 225 Broadway, Suite 715, New York, NY 10007.

Criminal Mitigation: Rethinking Presentence Strategies. November 30, 2016. 225 Broadway Suite 715. New York, NY 10007.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. November 30, 2016. 225 Broadway Suite 715. New York, NY 10007.

Avoiding USCIS Denials in Waiver Of Inadmissibility Extreme Hardship Immigration Petitions: Strategies & Obstacles For The Evaluator & Lawyer. April 5, 2016. 225 Broadway Suite 715. New York, NY 10007.

U (Non-Immigrant) Visa Petitions: Psychosocial Evaluations. April 5, 2016. 225 Broadway Suite 715. New York, NY 10007.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases. February 24, 2016. 225 Broadway Suite 715. New York, NY 10007.

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm. February 24. 2016. 225 Broadway Suite 715. New York, NY 10007.


AMERICAN LAW MEDIA -- CLEs

White Collar Criminal Mitigation:  Sentencing in the Post-Booker Age. August 3, 2017. 150 Broadway Fifth Floor New York, NY 10006.

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm. August 3, 2017. 150 Broadway Fifth Floor New York, NY 10006.

Criminal Mitigation: Rethinking Presentence Strategies. August 2, 2016 at 2:00 PM. 150 Broadway Fifth Floor New York, NY 10006.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. 2:00 PM. August 2, 2016. 150 Broadway Fifth Floor New York, NY 10006.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. 61 Broadway #1105 New York, NY 10006. October 15, 2015. 150 Broadway Fifth Floor New York, NY 10006.

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. October 15, 2015. 150 Broadway Fifth Floor New York, NY 10006.

Adam Walsh Act Cases: Family-Based Immigrant Petitions. August 13, 2014. 150 Broadway Fifth Floor New York, NY 10006.

Avoiding USCIS Denials In Waiver Of Inadmissibility Extreme Hardship Immigration Petitions: Strategies & Obstacles For The Evaluator & Lawyer. August 22, 2014. 150 Broadway Fifth Floor New York, NY 10006.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

CLEAR LAW INSTITUTE – CLEs Podcasts

Rethinking Harm In Personal Injury & Negligence Cases: Using Psychosocial Evaluations To Uncover Harm. Recorded on May 15, 2019 at 225 Broadway Suite 715 NY NY 10007.

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. Recorded on April 11, 2019 at 225 Broadway Suite 715 NY NY 10007.

Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases. September 6, 2018. 3 PM.

Immigration Court Expert Testimony: Psychosocial Evaluations as Evidence. September 10, 2018. 3PM.

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. Original Recording Date: August 22, 2018. 3PM.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. August 8, 2018. 3PM

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. July 17, 2018. 3PM.

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. Original Recording Date: September 21, 2016

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. December 6, 2016. 3 PM.


LAWLINE – CLEs

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. March 7, 2013 at 9:30AM. 61 Broadway #1105 NY NY 10006. March 30, 2020. 3:30pm.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. 61 Broadway #1105 NY NY 10006. April 2, 2020. 2:30 PM.

Presentence Investigation Critique: Mitigation as Counter Strategy in a Child Pornography Case. Recorded on April 3, 2020 at 225 Broadway Suite 715, New York, NY 10007.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

---

Hardship Criteria in Waivers and Cancellation of Removal Cases: Clinical Forensic Strategies for Immigration Lawyers. November 12, 2019. 61 Broadway # 1105 NY NY 10006.

Complex Trauma in Criminal Mitigation Defense: Or the Absence of Healthy Attachment, Trust, Love, and Safety, Resulting in Abnormal Development. August 29, 2019. 61 Broadway # 1105 NY NY 10006.

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm. July 25, 2019 at 4PM. 61 Broadway # 1105 NY NY 10006.

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, Misrepresentation, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. March 11, 2019 at 3PM. 61 Broadway #1105 NY NY 10006.

Extreme Hardship and Psychosocial Evaluations in Immigration Cases. Update. August 25, 2016 at 2:00PM. 61 Broadway #1105 NY NY 10006.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. 61 Broadway #1105 NY NY 10006. May 24, 2016 12 PM.

Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases. 61 Broadway #1105 NY NY 10006. 3pm. January 14, 2016.

Rethinking Harm In Personal Injury & Negligence Cases: Using Psychosocial Evaluations To Uncover Harm. December 20, 2015 at 12:05 PM. Presented at New York Law School. 185 W Broadway, New York, NY 10013

Adam Walsh Act Cases: Family-Based Immigrant Petitions. 61 Broadway #1105 NY NY 10006. December 3, 2015 at 10:30AM.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. 61 Broadway #1105 NY NY 10006. November 20, 2015 at 10:30AM.

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. On November 19, 2015 at 10:30 AM. 61 Broadway #1105 NY NY 10006.

White Collar Criminal Mitigation: Sentencing in the Post-Booker Age. November 11, 2015 at 11:30 AM. 61 Broadway #1105 NY NY 10006.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Criminal Mitigation: Rethinking Presentence Strategies. October 28, 2015 at 10:00AM. 61 Broadway #1105 NY NY 10006.

Immigration Court Expert Testimony: Psychosocial Evaluations as Evidence. March 25, 2014. 9AM. 61 Broadway #1105 NY NY 10006.

U (Non-Immigrant) Visa Petitions: Psychosocial Evaluations. February 5, 2014. 9AM. 61 Broadway #1105 NY NY 10006.

Avoiding Denials in Extreme Hardship Immigration Petitions: Obstacles and Strategies. January 8, 2014. 8:30 AM. 61 Broadway #1105 NY NY 10006.

Female Genital Mutilation in Asylum Petitions: The One-Year Filing Deadline. December 4, 2013 at 9:30 AM. 61 Broadway #1105 NY NY 10006.

White Collar Criminal Mitigation: Sentencing in the Post-Booker Age. November 13, 2013 at 2:30 PM. 61 Broadway #1105 NY NY 10006.

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. On October 3, 2013 at 3:00 PM. 61 Broadway #1105 NY NY 10006.

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. March 7, 2013 at 9:30AM. 61 Broadway #1105 NY NY 10006.

Extreme Hardship and Psychosocial Evaluations in Immigration Cases. March 9, 2013 at 4:00PM. 61 Broadway #1105 NY NY 10006.

Criminal Mitigation in Immigration Cases. May 6, 2013 at 4:00PM. 61 Broadway #1105 NY NY 10006.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. 61 Broadway #1105 NY NY 10006. June 5, 2013 at 10AM.


BRONX COUNTY BAR ASSOCIATION – CLEs

Borderline Personality Disorder: Pre-Plea and Pre-Sentence Mitigation Strategies. Bronx Hall of Justice, 265 East 161st Street, Bronx, New York 10451, Floor L-2, Room L - 250. March 9, 2016.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
225 Broadway, Suite 715, NY, NY 10007
Email: Marksilver1@cs.com
Website: MarkSSilver.com

LCSW License: 069495-1
Mitigation & Forensics
(T) 917-608-1346
(F) 646-349-2561

Rethinking Harm In Personal Injury & Negligence Cases: Using Psychosocial Evaluations To Uncover Harm. March 23, 2016. Bronx Supreme Court. 851 Grand Concourse Bronx, NY 10451.

## AILA PRESENTATIONS

Extreme Hardship Criteria in Waiver and Cancellation of Removal Cases: Clinical Strategies and Challenges for Immigration Lawyers. Presented on December 28, 2020. Zoom presentation. October 20, 2021 *For AILA Philadelphia Chapter.*

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, Misrepresentation, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. Zoom presentation. April 24, 2020. *For AILA Utah Chapter.*

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, Misrepresentation, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. February 18, 2020 at 12noon. 225 Broadway Suite 715 NY NY 10007. *For AILA Pittsburg Chapter.*

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Misrepresentation, Fraud, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. Webinar October 25, 2019 at 12:00 pm. *For NY Upstate AILA Chapter.*

How to Demonstrate Harm in Asylum Petitions When Physical Proof Is Absent: Strategies & Interventions. Panel Discussion. AILA National Conference. National Harbor, Maryland. July 3, 2010.

Hardship Waivers: Tricks of the Trade. University of Maryland at Shady Grove Conference Center. *Rockville, Maryland AILA Chapter.* November 16, 2009.

American Immigration Lawyers Association. 2004 Annual Conference on Immigration Law. Philadelphia, Pennsylvania. Practice Roundtable Panelist. Battered Spouses and Children. June 9, 2004.

Hardship Evaluations. Upstate New York AILA Chapter monthly meeting. *Buffalo, New York. AILA Chapter.* 2008.

## CLRN PRESENTATIONS

Avoiding Denials in Extreme Hardship Immigration Petitions: Obstacles and Strategies. CLE. City University of New York School of Law. October 20, 2016. 2 Court Square,

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Long Island City, NY 11101.

Extreme Hardship Immigration Cases with Immigration Judges: Psychosocial Factors. CUNY School of Law. CLE. October 30, 2012.

Avoiding Denials in Extreme Hardships Immigration Cases: Criteria and Strategies. Graduate Center. City University of New York. CLE. November 3, 2011.

Extreme Hardship Psycho-Social Evaluations in Immigration & Criminal Cases. Manhattan, New York. CUNY School of Law. Queens, New York. February 24, 2010.

Forensic Evaluations and Reports for Immigration Clients: Structure, Presentation, Strategy, and Criteria. City University of New York School of Law. Continuing Legal Education Credits. Queens, NY. 1/29/2003.

Dealing with Clients with Mental Health Disorders: Major Areas of Concern for Attorneys. City University of New York School of Law. Continuing Legal Education Credits. Queens, NY. 2/6/2002.

The Difficult Client in Private Practice: Identifying the Dangers and Strategies for Intervention. City University of New York School of Law. Continuing Legal Education Credits. Queens, NY. 2/27/2002.


## NOFSW PRESENTATIONS

Sexual Orientation Asylum Petitions: Challenges in Forensic Psychosocial Immigration Evaluations. NOFSW Annual Conference at Fordham University's Lincoln Center Campus. New York City. July 27, 2014.

Lawyer's Countertransference & The Mitigation Expert's Role: Roadblocks in the Consulting Process. The National Organization of Forensic Social Work Annual Conference. Hartford CT. May, 2008.

Mitigation for the Middle Class: How to Advocate for Criminal Defendants Who Did Not Grow Up in Underprivileged Environments. The National Organization of Forensic Social Work Annual Conference. Las Vegas, Nevada. April 2007.

Immigration Forensics and Social Work Consultation: Family Hardship, Spousal Abuse, Criminal, and Asylum Cases. The National Organization of Forensic Social Work 2004 Annual Conference. Tampa, Florida. May, 2004.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

## OTHER SEMINARS / LECTURES

Working with Experts: Immigrant Justice Corps. Panel Member. Fordham Law School. January 19, 2018.

Avoiding Denials in Extreme Hardship Immigration Petitions: Obstacles and Strategies. CLE. Berkley College. Manhattan, NY. March 26, 2014.

Mitigation Fundamentals: Start Early Start Often.  New York State Association of Criminal Defense Lawyers. CLE Seminar. St. Francis. Brooklyn, New York. October 12, 2007.

Mitigation & Forensic Consultation: Purpose & Process. Columbia University. Psychiatric Institute.  Manhattan, New York. November 10, 2009.

Forensic Immigration Social Work: Types of Cases, Evaluation, Clinical Issues and Court Testimony. Grand Rounds.  Department of Social Work. Mount Sinai Hospital. Manhattan, New York. April 18, 2005.

Criteria to Facilitate the Transfer of Clients with Mental Retardation to Inpatient Psychiatry. 25th Annual YAI International Conference. Manhattan. NY. May 3, 2004.

Criteria to Facilitate the Transfer of Clients with Mental Retardation to Inpatient Psychiatry. YAI International Conference. Manhattan. NY. April 29, 2002.

Incident Review Management in Inpatient Psychiatry: Special Challenges. YAI International Conference. Manhattan. NY. May 2, 2001.

Issues in Mental Health for Attorneys. City University of New York School of Law. Continuing Legal Education Credits. Queens, NY. March 11, 2001.

Growing Older: Re-establishing Your Identity by Exploring Your Needs. Rodeph Shalom Synagogue. New York, NY. January 16, 2001.

Communicating and Understanding Needs in Early Marriage. Ohav Tzedeck Synagogue. New York, NY. January 12, 2001.

Early Aspects of Marriage: Communication Skills and Needs. Young Israel Synagogue. Forest Hills. NY. December 10, 2000.

Barriers and Obstacles to Incident Review Management: Solutions from the Healthcare Field. YAI International Conference. Manhattan. NY. May 4, 2000.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Incident Review Management: Systemic Performance Improvements. American Association for Mental Retardation. Annual Conference. New Orleans, LA. May 28, 1999.

Substance Abuse Psychosis Versus other Psychoses: Towards a Differential Diagnosis. Psychiatry Grand Rounds. North General Hospital. Harlem, NY. March, 1996.

Couples Therapy: An Object Relations Perspective. New Hope Guild, Tikvah. Brooklyn, NY. August, 1994.

Object Relations Marital Therapy. North York General Hospital. North York, Ontario. 4/1993.

Interventions for the Inpatient Psychiatric Spouse. Nursing Education Seminar. North York, Ontario. 3/1993.

What Goes Right in Clinical Social Work. Humber Memorial Hospital. Weston, Ontario. 4/1992.


## NATIONAL ACADEMY OF CONTINUING LEGAL EDUCATION / UNITED INSTITUTE FOR CONTINUING LEGAL EDUCATION

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm. Recorded on August 5, 2020 at 225 Broadway Suite 715 NY NY 10007.

Spousal Abuse Petitions in Immigration Cases: Criteria in Psychosocial Evaluations. Recorded on May 7, 2019 at 225 Broadway Suite 715 NY NY 10007.

Adam Walsh Act Cases: Family-Based Immigrant Petitions. Recorded on May 7, 2019 at 225 Broadway Suite 715 NY NY 10007.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. Recorded on December 12, 2018 at 225 Broadway Suite 715 NY NY 10007.

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. Recorded on December 12, 2018 at 225 Broadway Suite 715 NY NY 10007.

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. Recorded on January 31, 2019 at 225 Broadway Suite 715 NY NY 10007.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases. Recorded on January 31, 2019 at 225 Broadway Suite 715 NY NY 10007.

National Association of Criminal Defense Lawyers (NACDL)

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. Podcast. November 4, 2020.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. For virtual NACDL 2021 Midwinter Seminar training called: "Mental Illness & the Law: Addressing and Litigating Behavioral Health Disorders in Criminal Cases." February 24-27, 2021.

ProLaw – CLEs

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, Misrepresentation, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. October 6, 2019 at 4PM. 225 Broadway Suite 715 NY NY 10007.

Competency Evaluations in Immigration Court Proceedings: Matter of M-A-M Cases. October 6, 2019 at 6PM. 225 Broadway Suite 715. New York, NY 10007.

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm. Podcast. August 21, 2019. 225 Broadway Suite 715 NY NY 10007.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. Podcast. Recorded on March 26, 2019 at 225 Broadway Suite 715 NY NY 10007.

National Employment Lawyers Association (NELA)

Rethinking Harm in the Workplace: Using Psycho-Social Evaluations to Prove Harm and Damages. September 20, 2019. Bonita Springs, FL

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

CLE Companion

Expert Competency Evaluations in Immigration Proceedings: Matter of M-A-M Cases. Presented on January 21, 2021

Immigration Court Expert Testimony: Psychosocial Evaluations As Evidence. Presented on January 14, 2021

Adam Walsh Act Forensic Evaluations: Psychosocial Evaluation Of Family-Based Immigrant Petitions Presented on January 4, 2021

Mitigation of Illegal Behavior in Immigration Defense: How Crimes, Fraud, Misrepresentation, and CIMTS can be Explained Through the Help of Clinical Forensic Evaluations. Presented on December 30, 2020

Extreme Hardship Criteria in Waiver and Cancellation of Removal Cases: Clinical Strategies and Challenges for Immigration Lawyers. Presented on December 28, 2020

Sexual Orientation Asylum Evaluations: Using Forensic / Clinical Assessments to Help Demonstrate Persecution and Harm. Presented on December 23, 2020.

U and T (non-immigrant) Visa Petitions: Forensic Psychosocial Evaluations to Prove Harm. Presented on December 10, 2020.

Rethinking Harm in Personal Injury Cases and The Workplace: Using Psychosocial Evaluations to Prove Harm and Damages. Recorded on Thu, Dec 3, 2020.

Esquire-CLEs

Psychosocial Evaluations and Consultation in Civil Litigation: Strategies to Understand and Humanize the Client. Recorded on October 13, 2021.

Domestic Violence: Forensics And Mitigation In Criminal Defense. Recorded on July 28, 2021.

Complex Trauma in Criminal Mitigation Defense: Or the Absence of Healthy Attachment, Trust, Love, and Safety, Resulting in Abnormal Development. Recorded on July 14, 2021.

Presentence Investigation Critique: Mitigation as Counter Strategy in a Child Pornography Case. Recorded on April 29, 2020.

Mark S. Silver MA, MSW, LCSW, PsyD, JD
225 Broadway, Suite 715, NY, NY 10007
Email: Marksilver1@cs.com
Website: MarkSSilver.com

LCSW License: 069495-1
Mitigation & Forensics
(T) 917-608-1346
(F) 646-349-2561

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. Recorded on April 12, 2020.

Borderline Personality Disorder: Pre-Plea and Pre-Sentence Mitigation Strategies. Recorded on April 13, 2020.

Federal Bar Association

Criminal Mitigation: Humanizing the Client Towards a Better Legal Outcome. Recorded on September 10, 2020. Utah Chapter.

Extreme Hardship Psycho-Social Evaluations in Immigration & Criminal Cases. Manhattan, New York. 500 Perl St. New York Chapter. May 18 and 20, 2009.

NYS Bar Association

Adam Walsh Act Cases: Family-Based Immigrant Petitions. October 27, 2020. Live. 12 noon.

Clinical Extreme Hardships In Waivers And Deportation For Immigration Lawyers. October 16, 2020. 10am recording.

Criminal Mitigation: Humanizing the Client Toward a Better Outcome. September 30, 2020. 10am recording.

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm in the age of Covid-19. Live. 2pm. June 22, 2020.

Memphis Bar Association

Rethinking Harm in Personal Injury & Negligence Cases: Using Psychosocial Evaluations to Uncover Harm in the age of Covid-19. Live. 12:30pm. July 15, 2020.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

Quimbee CLE

Adam Walsh Act Cases: Family-Based Immigrant Petitions. Recorded on August 2, 2021.

White Collar Criminal Mitigation:  Sentencing in the Post-Booker Age. Recorder June 3, 2021.

Borderline Personality Disorder: Pre-plea and Presentence Criminal Mitigation Strategies. Recorder May 31, 2021.

Domestic Violence In Intimate Terrorism: Forensics And Mitigation in Criminal Cases. Recorded May 25, 2021.

Complex Trauma in Criminal Mitigation Cases: How Abuse and Neglect Cause Abnormal Development. Recorded May 18, 2021.

Humanizing the Defendant Through Criminal Mitigation Evaluations: Rethinking Presentence Strategies as a Strategic Tool for Criminal Defense Lawyers. Recorded March 17, 2021.

Extreme Hardship Criteria in Waivers and Cancellation of Removal Cases: Clinical Forensic Strategies for Immigration Lawyers. April 15, 2021.

Mitigation of Illegal Behavior for Immigration Defense Lawyers: How Crimes, Fraud, Misrepresentation, and CIMTS Can be Explained Through the Help of Clinical Forensic Evaluations. April 29, 2021.


Criminal Bar Association of Cleveland, Ohio

Humanizing the Defendant Through Criminal Mitigation Evaluations: Rethinking Presentence Strategies as a Strategic Tool for Criminal Defense Lawyers. Zoom on October 6, 2021.

**Mark S. Silver MA, MSW, LCSW, PsyD, JD**
**225 Broadway, Suite 715, NY, NY 10007**
**Email: Marksilver1@cs.com**
**Website: MarkSSilver.com**

**LCSW License: 069495-1**
**Mitigation & Forensics**
**(T) 917-608-1346**
**(F) 646-349-2561**

PROFESSIONAL AFFILIATIONS (Past or Present)

American Immigration Lawyers Association
Criminal Bar Association of New York
Federal Bar Association
National Association of Criminal Defense Lawyers
New York State Association of Criminal Defense Lawyers
National Association of Social Workers
National Association of Sentencing Advocates
National Organization of Forensic Social Workers
New York State Bar Association

BIOGRAPHY

MARK S. SILVER is a lawyer and New York State **Licensed Clinical Social Worker** with a doctorate in psychology and post-graduate certificate in family therapy. He is the author of several publications, including "Handbook of Mitigation in Criminal and Immigration Forensics: Humanizing the Client Towards a Better Legal Outcome" Seventh Edition (2021) and "Psychosocial Evaluations and Consultation in Civil Litigation: Strategies to Understand and Humanize the Client" (2021). He has lectured to thousands of lawyers throughout the United States on a wide range of forensic issues with case samples. Since 2002, Mark has worked as a consultant for law firms throughout the United States conducting psychosocial evaluations and writing formal forensic and mitigation reports in criminal, immigration, and personal injury cases. He has worked with thousands of clients from over 40 countries on various individual, family, and mental health issues. He has been qualified to provide expert testimony for numerous cases in Federal Immigration Court. He can be reached at: marksilver1@cs.com, or 917-608-1346, or www.MarkSSilver.com.