IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § CASE NO. 7:20-cr-01791 |
| | § |
| REID MORGAN ETHERIDGE | § |

NOTICE OF APPEARANCE AS
CO-COUNSEL FOR DEFENDANT

MAY IT PLEASE THE COURT:

COMES NOW Victoria Guerra, and files this notice of appearance as co-counsel for defendant and would show this Court the following:

The Undersigned was retained to represent Defendant Reid Morgan Etheridge, as co-counsel to Osvaldo Morales. Attorney Osvaldo Morales and AUSA Mitchell are unopposed to this appearance of co-counsel. Mr. Morales shall remain attorney in charge.

The Undersigned's contact information is as follows:

Name:       Victoria Guerra

Address:    3219 N. McColl Rd.
            McAllen, Texas 78501

Phone:      (956) 618-2609

Fax:        (956) 618-2553

Email:      vguerralaw@gmail.com

Respectfully submitted,

Law Office of Victoria Guerra
3219 N. McColl Rd.
McAllen, TX 78501
956) 618-2609
(956) 618-2553 (fax)

*/s/ Victoria Guerra*
By:   /s/ Victoria Guerra
Victoria Guerra
State Bar Number:  08578900

# CERTIFICATE OF SERVICE

This is to certify that May 11, 2022, a true and correct copy of the above and foregoing document was served on AUSA Michael Mitchell to his email address via the ECF filing system: michael.mitchell4@usdoj.gov and Osvaldo Morales to his email address: lawojm@gmail.com

*/s/ Victoria Guerra*
Victoria Guerra